# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              NO. 4:14CR00181 JLH

NORMAN SCHROEDER                                                                         DEFENDANT

## ORDER

The motion to dismiss the indictment due to the death of defendant Norman Schroeder is GRANTED.  Document #28.  The indictment against defendant Norman Schroeder is hereby dismissed.

IT IS SO ORDERED this 31st day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE